# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 8, 2023

## NO. 03-22-00329-CV

**Stephen King, Appellant**

**v.**

**Acasha King, Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
## AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on March 28, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.